**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7830**

_____

EUGENE JONES,

Plaintiff - Appellant,

and

CHUCK FALCONE,

Plaintiff,

versus

GEORGE TRENT, Warden, Mt. Olive Correctional
Complex; NICHOLAS HUN, Commissioner of Divi-
sion of Corrections; TEREAS WAID, Associate
Warden of Treatment; TONY LEMASTERS, Chief of
Security; TEREAS AMICK, Correctional Officer
I; MIKE OHM, Jobs Coordinator,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley. David A. Faber, District
Judge. (CA-97-430-5)

_____

Submitted: May 14, 1998          Decided: May 26, 1998

_____

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

Eugene Jones, Appellant Pro Se. Darrell V. McGraw, Jr., Leslie K. Kiser, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order declining to reconsider the dismissal of one of Appellant's two constitutional claims in this action under 42 U.S.C. § 1983 (1994). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED